# Exhibit 1

# ChampionX Corporate Organization Chart (WRI00129445)

# Filed Under Seal